IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02651-BNB

JAMES H. HERRELL, a.k.a. JAMES H. HARRELL,

    Plaintiff,

v.

DEPUTY THOMPSON, # 8831,
DEPUTY WISKERS,
DEPUTY SPAIN,
PATRICK J. SULLIVEN [sic] FACILITY, and
P.J.S. MEDICAL STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff James H. Harrell initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On December 20, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Harrell to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Harrell to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to name the same defendants in both the caption and the text of the Prisoner Complaint. Mr. Harrell was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Harrell has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 31 day of Jan., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02651-BNB

James H. Herrell
a/k/a James H. Harrell
Prisoner No. 06-0364
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk